JOINTLY SUBMITTED

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAHAR ZEITOUNI, individually;<br>ITAMAR ZEITOUNI, individually;<br><br>Plaintiffs,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY;<br>DOES I through X, inclusive; ROE<br>CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.   2:17-cv-00160-KJD-GWF<br><br>**STIPULATION AND ORDER<br>EXTENDING BRIEFING DEADLINES<br>FOR DEFENDANT'S MOTION TO<br>DISMISS, OR IN THE ALTERNATIVE,<br>TO SEVER/BIFURCATE AND TO<br>STAY CLAIMS FOR BAD FAITH**<br>**(First Request)** |

Plaintiffs Shahar Zeitouni and Itamar Zeitouni's response to Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith (Docket #7) is current due February 9, 2017.

Plaintiffs Shahar Zeitouni and Itamar Zeitouni, through their counsel of record, Corey M. Eschweiler, Esq., and Joshua L. Benson, Esq., of Glen Lerner Injury Attorneys, and Defendant Geico General Insurance Company, through its counsel of record Wade M. Hansard, Esq., and Jonathan W. Carlson, Esq., of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, stipulate and agree, that:

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1 | Plaintiffs Shahar Zeitouni and Itamar Zeitouni shall have up to and including February 16, 2017, to file and serve their response to Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith (Docket #7).

| GLEN LERNER INJURY ATTORNEYS | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
|---|---|
| By: /s/ Joshua L. Benson<br>Corey M. Eschweiler, Esq.<br>Nevada Bar No. 6635<br>Joshua L. Benson, Esq.<br>Nevada Bar No. 10077<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>Attorneys for Plaintiff | By: /s/ Jonathan W. Carlson<br>Wade M. Hansard, Esq.<br>Nevada Bar No. 8104<br>Jonathan W. Carlson, Esq.<br>Nevada Bar No. 10536<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED that Plaintiffs Shahar Zeitouni and Itamar Zeitouni shall have up to and including February 16, 2017, to file and serve their response to Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith (Docket #7).

_____
UNITED STATES DISTRICT COURT JUDGE