McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
Jonathan W. Carlson
Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant
GEICO General Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAHAR ZEITOUNI, individually; ITAMAR ZEITOUNI, individually, <br><br> Plaintiffs, <br><br> v. <br><br> GEICO GENERAL INSURANCE COMPANY; DOES I - X, and ROE CORPORATIONS I - X, inclusive, <br><br> Defendants. | Case No. 2:17-cv-00160-KJD-GWF <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party will bear their own costs and attorneys' fees.

DATED this 21 day of August, 2017

GLEN LERNER INJURY ATTORNEYS

By _____
Joshua L. Benson, Nevada Bar No. 10514
4795 South Durango Drive
Las Vegas, Nevada 89147
Tel. (702) 877-1500

Attorneys for Plaintiffs
Shahar Zeitouni and Itamar Zeitouni

. . .

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd. Suite 350
Las Vegas, NV 89113

4626656.1

2:17-cv-00160-KJD-GWF

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

DATED this 23 day of August, 2017

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant
GEICO General Insurance Company

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED this 24th day of August, 2017

By _____
UNITED STATES DISTRICT JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

4626656.1

2

2:17-cv-00160-KJD-GWF

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE